**UNITED STATES of America,**
**Appellee,**

v.

**Francisco BELTRAN–HERNANDEZ,**
**also known as El Gordo,**
**Appellant.**

**No. 03–1953.**

United States Court of Appeals,
Eighth Circuit.

Submitted May 23, 2005.

Decided Aug. 8, 2005.

Thomas J. Kangior, Omaha, NE, for Appellee.

Francisco Beltran-Hernandez, Lompoc, CA, pro se.

Before BYE, HEANEY, and SMITH, Circuit Judges.

PER CURIAM.

Pursuant to the order of the United States Supreme Court in *Beltran–Hernandez v. U.S.*, —— U.S. ——, 125 S.Ct. 1053, 160 L.Ed.2d 1043 (2005), vacating our judgment and remanding this case, we review for error under *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Because Beltran–Hernandez failed to raise a *Booker*-type issue below, we apply the plain error standard under *United States v. Pirani*, 406 F.3d 543, 549 (8th Cir.2005), and finding none, we reaffirm our prior opinion with regard to Beltran–Hernandez.

HEANEY, Circuit Judge, concurring.

I continue to believe that a defendant's challenge to the factual basis for a sentence enhancement preserves his Sixth Amendment sentencing claim. *See United States v. Pirani*, 406 F.3d 543, 555–62 (en banc) (Heaney, J., dissenting). Moreover, I adhere to the view stated by Judge Bye in *Pirani* that defendants who did not properly preserve their *Booker* claims in the district court are nonetheless generally entitled to resentencing under a constitutional regime. *Pirani*, 406 F.3d at 562–67 (Bye, J., dissenting). Because a majority of our court held to the contrary on both counts, however, I concur.

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

BYE, Circuit Judge, concurring.

For the reasons articulated in my dissent in *United States v. Pirani*, 406 F.3d 543, 562–67 (8th Cir.2005) (en banc) (Bye, J., dissenting), I join Judge Heaney in "adher[ing] to the view that defendants who did not properly preserve their Booker claims in the district court are nonetheless entitled to resentencing under a constitutional regime." Like Judge Heaney, however, I recognize we are bound by the holding of our en banc court, and I therefore concur.